IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SECURITIES EXCHANGE COMMISSION,

                    Plaintiff,

vs.

DAVID TANNER, Individually, and d/b/a :
CAPITAL ENHANCEMENT CLUB,
ROCKY D. SPENCER,                    No. 05-4057-SAC
MARROC CORP., and
RICHARD P. KRINGEN,

                    Defendants,

and

MARGARET F. SPENCER,
OMNIBUS LLC,
VECTRA RESOURCES, LLC, and
DYNAMIC ENVIRONMENTAL SOLUTIONS, INC.,

                    Relief Defendants.

**Memorandum and Order**

This case comes before the court on the receiver's third application for approval of payment of receiver's professional fees and expenses, in which the receiver seeks approval of fees and expenses incurred from August 1, 2005 through September 30, 2005.

Specifically, the receiver seeks to pay Larry E. Cook expenses in the amount of $2,074.48 and fees in the amount of $63,930.00 for a total amount of $66,004.48.  The receiver also seeks to pay Lathrop & Gage L.C., attorneys for the receiver, expenses in the amount of $2,925.17 and fees in the amount of $60,493.00, for a total amount of $63,418.17.  The receiver further seeks to pay Jones Vargas, local counsel for the receiver, expenses in the amount of $4,694.39 and fees in the amount of $14,460.00, for a total amount of $19,154.39.  The receiver additionally seeks to pay Sorainen Law Offices fees in the amount of i 693.50.

There has been no timely opposition filed to this application. Accordingly, for good cause shown, the application shall be granted.

IT IS THEREFORE ORDERED that the receiver's third application for approval of payment of professional fees and expenses (Dk. 137) is granted.

Dated this 23rd day of November, 2005, Topeka, Kansas.

s/ Sam A. Crow
Sam A. Crow, U.S. District Senior Judge