**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **SECURITIES EXCHANGE COMMISSION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **DAVID TANNER, et al.,** ) | Civil Action No.:  05-4057-RDR |
| ) | |
| **Defendants,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **MARGARET F. SPENCER, et al.,** ) | |
| ) | |
| **Relief Defendants.** | |

**MEMORANDUM AND ORDER**

This matter is presently before the court upon the Receiver's Sixth Application for Approval of Payment of Receiver's Professional Fees and Expenses.  The Receiver seeks to pay Larry E. Cook expenses in the amount $1,464.39 and fees in the amount of $63,525, for a total amount of $64,989.39.  The receiver also seeks to pay Lathrop & Gage, L.C., attorneys for the receiver, expenses in the amount of $8,956.82 and fees in the amount of $60,402.50 for a total amount of $69,359.32.  The Receiver further seeks to pay Jones Vargas, local counsel for the Receiver, expenses in the amount of $1,547.53 and fees in the amount of $3,787, for a total amount of $5,334.53.

There has been no timely opposition filed to this application.  Accordingly, for good cause shown, the Application shall be granted.

**IT IS THEREFORE ORDERED** that the Receiver's Sixth Application for Approval of Payment of Professional Fees and Expenses (Doc. # 217) be and hereby is granted.  The Receiver is authorized to pay Larry E. Cook the sum of $64,989.39 for fees and expenses incurred through March 31, 2006.  The receiver is further authorized to pay Lathrop & Gage, L.C. the sum of $69,359.32 for fees and expenses incurred through March 31, 2006.  The

Receiver is further authorized to pay Jones Vargas the sum of $5,334.53 for fees and expenses incurred through April 31, 2006.

    **IT IS SO ORDERED.**

    Dated this 20th day of June, 2006 at Topeka, Kansas.

                                  s/Richard D. Rogers
                                  United States District Judge

CC 1704556v1