**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **SECURITIES EXCHANGE COMMISSION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **DAVID TANNER, et al.,** ) | Civil Action No.:  05-4057-RDR |
| ) | |
| **Defendants,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **MARGARET F. SPENCER, et al.,** ) | |
| ) | |
| **Relief Defendants.** | |

## MEMORANDUM AND ORDER

This matter is presently before the court upon the Receiver's Eighth Application for Approval of Payment of Receiver's Professional Fees and Expenses.  The Receiver seeks to pay Larry E. Cook expenses in the amount $4,128.97 and fees in the amount of $99,255, for a total amount of $103,353.97.  The Receiver also seeks to pay Lathrop & Gage, L.C., attorneys for the receiver, expenses in the amount of $15,586.81 and fees in the amount of $96,202.50 for a total amount of $111,789.31.  The Receiver further seeks to pay Jones Vargas, local counsel for the Receiver, expenses in the amount of $2.50 and fees in the amount of $405, for a total amount of $407.50.  The Receiver further seeks to pay Sorainen Law Firm, Latvian counsel for the Receiver, expenses in the amount of _80.27 and fees in the amount of _3,190.50, for a total amount of _3,270.77.

There has been no timely opposition filed to this application.  Accordingly, for good cause shown, the Application shall be granted.

CC 1744420v1

Case 5:05-cv-04057-RDR   Document 300   Filed 10/26/06   Page 2 of 2

2

**IT IS THEREFORE ORDERED** that the Receiver's Eighth Application for Approval of Payment of Professional Fees and Expenses (Doc. # 285) be and hereby is granted. The Receiver is authorized to pay Larry E. Cook the sum of $103,535.97 for fees and expenses incurred through August 31, 2006. The Receiver is further authorized to pay Lathrop & Gage, L.C. the sum of $111,789.31 for fees and expenses incurred through August 31, 2006. The Receiver is further authorized to pay Jones Vargas the sum of $407.50 for fees and expenses incurred through July 31, 2006. The Receiver is further authorized to pay Sorainen Law Firm the sum of _3,270.77 for fees and expenses incurred through October 2, 2006.

**IT IS SO ORDERED.**

Dated this 26th day of October, 2006 at Topeka, Kansas.

s/Richard D. Rogers
United States District Judge

2

CC 1744420v1