## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SECURITIES EXCHANGE COMMISSION )
                                          )
            Plaintiff,           )
                                            )
    vs.                            )
                                            )
DAVID TANNER, et al.,            )      Civil Action No.:  05-4057-RDR
                                            )
        Defendants,       )
                                            )
    and                          )
                                            )
MARGARET F. SPENCER, et al.,     )
                                            )
        Relief Defendants.

## MEMORANDUM AND ORDER

       This matter is presently before the court upon the Receiver's Tenth Application for Approval of Payment of Receiver's Professional Fees and Expenses.  The Receiver seeks to pay Larry E. Cook expenses in the amount $903.80 and fees in the amount of $73,800.00, for a total amount of $74,703.80.  The Receiver also seeks to pay Lathrop & Gage, L.C., attorneys for the receiver, expenses in the amount of $1,811.23 and fees in the amount of $69,108.77 for a total amount of $72,274.18.  The Receiver further seeks to pay Jones Vargas, local counsel for the Receiver, expenses in the amount of $0 and fees in the amount of $1,115.50, for a total amount of $1,115.50.  The Receiver further seeks to pay Sorainen Law Offices, Latvian counsel for the Receiver, expenses in the amount of _307.33 and fees in the amount of _7,621.37, for a total of _7,928.65.

       There has been no timely opposition filed to this application.  Accordingly, for good cause shown, the Application shall be granted.

       **IT IS THEREFORE ORDERED** that the Receiver's Tenth Application for Approval of Payment of Professional Fees and Expenses (Doc. # 371) be and hereby is granted.  The Receiver is authorized to pay Larry E. Cook the sum of $74,703.80 for fees and expenses incurred through February 28, 2007. The Receiver is further authorized to pay

Lathrop & Gage L.C. the sum of $72,274.18 for fees and expenses incurred through February 28, 2007.  The Receiver is further authorized to pay Jones Vargas the sum of $1,115.50 for fees and expenses incurred through February 28, 2007.  The Receiver is further authorized to pay Sorainen Law Offices the sum of _7,928.65 for its fees and expenses through February 20, 2007.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2007 at Topeka, Kansas.


s/Richard D. Rogers
United States District Judge

CC 1889025v1

2