**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SECURITIES EXCHANGE COMMISSION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DAVID TANNER, et al., | )   Civil Action No.:  05-4057-RDR |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| MARGARET F. SPENCER, et al., | ) |
| | ) |
| Relief Defendants. | |

**MEMORANDUM AND ORDER**

This matter is presently before the court upon the Receiver's Application for Approval of Payment of Receiver's Professional Fees and Expenses.  The Receiver seeks to pay Larry E. Cook expenses in the amount $50.40 and fees in the amount of $13,601.25, for a total amount of $13,651.25.  The Receiver also seeks to pay Lathrop & Gage, L.C., attorneys for the Receiver, expenses in the amount of -$215.81 and fees in the amount of $4,816 for a total amount of $4,600.19.  The Receiver also seeks to pay Sorainen Law Offices, Latvian counsel for the Receiver, expenses in the amount of EUR97.20 and fees in the amount of EUR2,098 for a total amount of EUR2,195.20.  The Receiver also seeks to pay Bryan Rogers, webhost for the Receiver expenses in the amount of $110.  There has been no timely opposition filed to this application.  Accordingly, for good cause shown, the Application shall be granted.

**IT IS THEREFORE ORDERED** that the Receiver's Sixteenth Application for Approval of Payment of Professional Fees and Expenses (Doc. # 420) be and hereby is granted.  The Receiver is authorized to pay Larry E. Cook the sum of $13,651.25 for fees and expenses incurred through August 31, 2008.  The Receiver is further authorized to pay Lathrop & Gage L.C. the sum of $4,600.19 for fees and expenses incurred through August

2

31, 2008.  The Receiver is further authorized to pay Sorainen Law Offices the sum of EUR2,195.20 for fees and expenses incurred through July 10, 2008.  The Receiver is further authorized to pay Bryan Rogers the sum of $110 for services through August 31, 2008.

IT IS SO ORDERED.

Dated this 25th day of September, 2008 at Topeka, Kansas.


s/Richard D. Rogers
United States District Judge

CC 2038855v1